UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| DIANA DYSON, | ) | Case No. 3:20-cv-134-RLY-MPB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HYDROMAX USA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

The parties, by their respective attorneys, having heretofore filed their Joint Stipulation of Dismissal with Prejudice and the Court having reviewed same and being duly advised in the matter now grants same.

IT IS THEREFORE ORDERED ADJUDGED and DECREED that this cause is dismissed, with prejudice, each party bearing her or its own attorneys' fees and costs.

SO ORDERED this 15th day of January 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

*Distribution to all counsel of record by the Court's electronic filing system.*